UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KALSOOM PARABTANI Petitioner,

v. Civil Action No. 4:26-cv-521-RGJ

JASON WOOSLEY, et al., Respondents.

* * * * *

**ORDER**

On August 26, 2026, the Federal Respondents notified the Court that Petitioner had been removed from the United States. [DE 10 ("Federal Respondents were notified by Immigration and Customs Enforcement officials that Petitioner has been removed from the United States. Petitioner's habeas petition is now moot because Petitioner has been released from federal custody.")].

8 U.S.C. § 1252(g) strips the Court of jurisdiction with respect to any cause or claim relating to the decisions of DHS to "execute removal orders." *Hamama v. Adduci,* 912 F.3d 869, 976 (6th Cir. 2018). Additionally, the Sixth Circuit has held that a petition for writ of habeas corpus challenging an alien's detention pending removal is rendered moot by the Petitioner's removal from the United States. *See Enazeh v. Davis*, 107 Fed. App'x 489, 491 (6th Cir. 2004); *Haddad v. Ashcroft*, 76 Fed. App'x 672, 673 (6th Cir. 2003) (removal moots claims relating to conditions of detention.). Accordingly, courts within this circuit have previously determined that once a § 2241 petitioner has been removed from the United States and deported to his native country, his petition seeking release from detention becomes moot due to a lack of live case or controversy. *See, e.g., Yaser v. ICE Detroit, MI 48226*, No. 4:26-CV-00756-PAB, 2026 WL 1835511, at *1 (N.D. Ohio June 25, 2026) ("Because Yaser is no longer being detained by Respondent, Yaser's sole request

for relief has been rendered moot, and the Court lacks subject matter jurisdiction over the Petition.").

Here, Petitioner has been removed from the United States. [DE 10]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS ORDERED:**

1. The pending Petition [DE 1] is **MOOT**.
2. All pending dates and deadlines are **VACATED**.
3. The action is **CLOSED** and **STRICKEN** from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

August 26, 2026